12-05896 / 11-12583  
Unique Embossing Svcs. Inc.

**Final Claims Register**

*Numerical Order*

| Claim # | Claim Status | Case | Amount | Basis for Claim | Date Filed | Classification | Claimant |
|---|---|---|---|---|---|---|---|
| 19 | Allowed | Unique Embossing Services, Inc. (11-12583) | $642.90 | Transportation | 9/15/2011 | Unsecured | Central Freight Lines, Inc. 5601 W. Waco Drive, Waco, TX 76710 |
| 30 | Disallowed | Unique Embossing Services, Inc. (11-12583) | $3,000.00 | | 9/15/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 30 | Disallowed | Unique Embossing Services, Inc. (11-12583) | $3,000.00 | | 9/15/2011 | Unsecured Priority | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 71 | Allowed | Unique Embossing Services, Inc. (11-12583) | $763.59 | Goods sold | 10/14/2011 | Unsecured | McMaster-Carr Supply Company PO Box 5370, Princeton, NJ 08453 |
| 228 | Disallowed | Unique Embossing Services, Inc. (11-12583) | $58,482.33 | Goods and services | 1/25/2012 | Unsecured | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 228 | Disallowed | Unique Embossing Services, Inc. (11-12583) | $57,595.43 | Goods and services | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 228 | Disallowed | Unique Embossing Services, Inc. (11-12583) | $57,595.43 | Goods and services | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 304 | Allowed | Unique Embossing Services, Inc. (11-12583) | $1,409.30 | Legal Services Performed | 2/17/2012 | Unsecured | Law Office of Jeffrey W. Horwitz Ltd. (Jeffrey William Horwitz Esq.) 150 N. Wacker Dr., Ste. 2525, Chicago, IL 60606-1676 |
| 311 | Allowed | Unique Embossing Services, Inc. (11-12583) | $5,366.25 | Goods sold | 2/21/2012 | Unsecured | CROWN ROLL LEAF,INC 91 ILLINOIS AVENUE, PATERSON, NJ 07503 |
| 383 | Pending | Unique Embossing Services, Inc. (12-05896) | $ unknown | see appendix | 3/8/2012 | Unsecured | Brenda Porter Helms, solely as the Chapter 7 Trustee for the Estate of Veluchamy (11-33413) c/o Barry Chatz, Esq., Arnstein & Lehr LLP, 120 S. Riverside Plaza,12th, Chicago, IL 60606 |
| 426 | Pending | Unique Embossing Services, Inc. (12-05896) | Unliquidated (see Rider) | See attached Rider | 3/9/2012 | Unsecured | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 426 | Pending | Unique Embossing Services, Inc. (12-05896) | Unliquidated | See attached Rider | 3/9/2012 | Unsecured Priority | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 443 | Withdrawn | Unique Embossing Services, Inc. (12-05896) | $3,075.00 | Accounting/Consulting | 3/9/2012 | Unsecured | Bradford R. Dooley & Assoc. (Bradford R. Dooley) 209 W. Jackson Blvd., Ste. 404, Chicago, IL 60606-6934 US |
| 468 | Disallowed | Unique Embossing Services, Inc. (12-05896) | $3,330.39 | Goods Sold | 3/9/2012 | Unsecured | DataCard Corporation c/o Shannon E. Gherty Anderson, Briggs & Morgan PA, 2200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402 |
| 486 | Withdrawn | Unique Embossing Services, Inc. (12-05896) | Unknown | Taxes | 4/23/2013 | Unsecured | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 486 | Withdrawn | Unique Embossing Services, Inc. (12-05896) | Unknown | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 487 | Pending | Unique Embossing Services, Inc. (12-05896) | 0 | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| AC311-1 | Allowed | Unique Embossing Services, Inc. (11-12583) | $2,607.19 | Goods sold | 2/28/2012 | Unsecured | Fair Harbor Capital, LLC Ansonia Finance Station, PO Box 237037, New York, NY 10023 |
| AC311-1 | Allowed | Unique Embossing Services, Inc. (11-12583) | $2,759.06 | Goods sold | 2/28/2012 | Unsecured Priority | Fair Harbor Capital, LLC PO Box 237037, New York, NY 10023 |
| AC486-1 | Pending | Unique Embossing Services, Inc. (11-12583) | $11,439.02 | Taxes and/or penalties owed to a government unit. | 12/23/2013 | Unsecured | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| AC486-1 | Pending | Unique Embossing Services, Inc. (11-12583) | $10,650.31 | Taxes and/or penalties owed to a government unit. | 12/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| AC487-1 | Pending | Unique Embossing Services, Inc. (11-12583) | $9,881.34 | Taxes and/or penalties owed to a government unit. | 12/23/2013 | Unsecured | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| AC487-1 | Pending | Unique Embossing Services, Inc. (11-12583) | $9,881.34 | Taxes and/or penalties owed to a government unit. | 12/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |